EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2019 TSPR 224 |
|---|---|
| Amaris Urbina Echevarría | 203 DPR _____ |

Número del Caso:  TS-16,357

Fecha:  25 de noviembre de 2019

Materia:  Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Amaris Urbina Echevarría                    TS-16,357

RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de noviembre de 2019.

Examinado el *Informe final sobre el estado de la obra notarial incautada y moción en cumplimiento de orden* que presentó la Oficina de Inspección de Notarías (ODIN), se da por cumplida nuestra Resolución de 22 de octubre de 2019 y se reinstala a la Lcda. Amaris Urbina Echevarría al ejercicio de la notaría.

Se le apercibe a la licenciada Urbina Echevarría que en un futuro deberá velar por el fiel cumplimiento de la Ley Notarial y su Reglamento, en particular lo concerniente al proceso de inspección de su obra protocolar.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo